<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

_____

**No. 14-1399**

_____

ROGER LEE MORSE,

               Plaintiff – Appellant,

      v.

VIRGINIA DEPARTMENT OF CORRECTIONS; CLAUDIA FARR, Director
for the Department of Employment Dispute; N.H. SCOTT, a/k/a
Cookie, Deputy Director Administration; PAUL BROUGHTON,
Human Resources Director; RUFUS FLEMING, Eastern Region
Administrator Director; GARY BASS, Central Regional
Administrator Director; DAVID A. GARRAGHTY, Chief Warden;
LORETTA KELLY, Warden; AL BASKERVILLE, Warden Powhatan
Correctional Center; HARRY DIGGS, JR., Warden Deep Meadow
Correction; MARIE VARGO, Warden Sussex II State Prison;
WILLIAM S. BREED, Human Resources Manager; MACK A. BAILEY,
Major Correctional Officer; WILLIAM THEACHEY, Captain
Correctional Center; ANTHONY COKELEY, Captain Correctional
Center; CLYDE WRIGHT, Lieutenant Correctional Center;
DICHILLE WILLIAMS, Lieutenant; LETHA R. HITE, Human
Resources Officer; HAROLD CLARKE, Current Director of
Virginia Department of Corrections,

               Defendants – Appellees,

      and

GENE M. JOHNSON, Previous Director for the Virginia
Department of Corrections; RONALD J. ANGELONE, Previous
Director of Virginia Department of Corrections,

               Defendants.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Robert E. Payne, Senior
District Judge. (3:13-cv-00361-REP)

Submitted: October 16, 2014          Decided: October 20, 2014

Before MOTZ, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Roger Lee Morse, Appellant Pro Se. Erin Rose McNeill, Assistant Attorney General, George William Norris, Jr., OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roger Lee Morse appeals the district court's order dismissing his complaint. We have reviewed the record and find no reversible error. Accordingly, we grant Morse's motion to waive filing fees and affirm for the reasons stated by the district court. Morse v. Virginia Dep't of Corr., No. 3:13-cv-00361-REP (E.D. Va. Mar. 31, 2014). We deny Morse's motion to proceed in forma pauperis as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED